**Jesus Aaron CAZAREZ–GUTIERREZ,**
**Petitioner,**

v.

**John ASHCROFT, Attorney**
**General, Respondent.**

No. 02–72978.

United States Court of Appeals,
Ninth Circuit.

Filed April 26, 2004.

Jose A. Bracamonte, Esq., Phoenix, AZ, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Director, Immigration & Naturalization Service, Phoenix, AZ, OIL, Anthony C. Payne, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HUG, B. FLETCHER, and TASHIMA, Circuit Judges.

## ORDER

The opinion in this appeal *Cazarez–Gutierrez v. Ashcroft*, 356 F.3d 1015 (9th Cir. 2004) filed January 26, 2004 is withdrawn. Supplemental briefing shall proceed as ordered.